SILVER'S LUNCH STORES, INC., Appellant, *v.* RICHARD L. LEE, Respondent.

(Submitted October 1, 1928; decided October 9, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 573.)

MILES R. MARTIN, JR., Respondent, *v.* THE GOTHAM NATIONAL BANK OF NEW YORK, Appellant, Impleaded with Others.

(Submitted October 1, 1928; decided October 9, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 313.)

PATRICK W. CASEY, Appellant, *v.* FRANK A. SHANE et al., Individually and as Copartners under the Name of SHANE CONSTRUCTION COMPANY, Respondents.

(Submitted October 1, 1928; decided October 9, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 625.)

THE TECLA CORPORATION et al., Appellants, *v.* SALON TECLA, LTD., Respondent.

(Submitted October 1, 1928; decided October 9, 1928.)

Motions to amend remittitur denied. (See 249 N. Y. 157.)